

# Fourth Court of Appeals
## San Antonio, Texas

November 26, 2019

No. 04-19-00374-CV

Adam **REPOSA,**
Appellants

v.

Keith **HENNEKE** and David Escamilla,
Appellees

From the 425th Judicial District Court, Williamson County, Texas
Trial Court No. 18-1071-C425
Honorable David Peeples, Judge Presiding

# O R D E R

Appellant has filed a motion requesting additional time in which to file his brief. Appellant's motion is GRANTED. Appellant's brief is due on or before January 10, 2020. **Further requests for an extension of time in which to file appellant's brief will be disfavored.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of November, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court